ACCEPTED
01-14-00767-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 2:25:20 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-767-CV

# In the First Court of Appeals
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 2:25:20 PM
CHRISTOPHER A. PRINE
Clerk

**Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir and Christopher McKnight, Individually and as Next Friend of Nayla McKnight,**
*Appellants-Plaintiffs*,

**v.**

**U.T. Physicians,**
*Appellee-Defendant.*

On Accelerated Appeal From Cause No. 2012-35806
In the 164th Judicial District Court of Harris County, Texas
Honorable Alexandra Smoots-Hogan, Presiding Judge

## APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PANEL REHEARING AND MOTION FOR EN BANC RECONSIDERATION

Appellee-Defendant U.T. Physicians ("U.T. Physicians") files this First Unopposed Motion for Extension of Time to File Motion for Panel Rehearing and Motion for En Banc Reconsideration. In support thereof, U.T. Physicians respectfully shows this Court the following:

1. On July 7, 2015, this Court issued its opinion and judgment reversing

1

the trial court's order granting U.T. Physician's plea to the jurisdiction and remanding the case to the trial court for further proceedings.

2.     U.T. Physicians' motion for panel rehearing and motion for en banc reconsideration is currently due on July 22, 2015.

3.     U.T. Physicians respectfully requests that this Court grant U.T. Physicians a 15-day extension of time from July 22, 2015 to August 6, 2015 to file its motion for panel rehearing and motion for en banc reconsideration.

4.     U.T. Physicians submits that good cause exists for such an extension based on counsel for U.T. Physicians' engagement in the following matters and absence from the office from July 11, 2015 to July 18, 2015:

- Preparation of a jury charge in Case No. 2:13-cv-1113; *Promethean Insulation Technology, LLC v. Reflectix, Inc.*; In the United States District Court for the Eastern District of Texas (Marshall Division); and

- Preparation of pretrial briefing in Cause No. 2009-10-5624-B; *Tompkins v. Cameron County, Texas*; In the 138th Judicial District Court of Cameron County, Texas.

5.     This is U.T. Physicians' first motion for extension of time to file its motion for panel rehearing and motion for en banc reconsideration, and said motion is filed not for the purpose of delay but so that justice may be done.

6.     The Lenoirs do not oppose the relief requested in this motion.

2

## CONCLUSION

For the reasons stated above, U.T. Physicians respectfully requests that this Court: (1) grant Appellee's First Unopposed Motion for Extension of Time to File Motion for Panel Rehearing and Motion for En Banc Reconsideration; and (2) grant U.T. Physicians a 15-day extension of the deadline for filing its motion for panel rehearing and motion for en banc reconsideration from July 22, 2015 to August 6, 2015. U.T. Physicians further respectfully requests that this Court grant U.T. Physicians all other relief to which it is entitled.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


By    /s/ Warren S. Huang        
      David Iler
      State Bar No. 10386480
      david.iler@nortonrosefulbright.com
      Warren Huang
      State Bar No. 00796788
      warren.huang@nortonrosefulbright.com
      Jaqualine McMillan
      State Bar No. 24082955
      Jaqualine.mcmillan@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  (713) 651-5151
Facsimile:   (713) 651-5246

KEN PAXTON
Attorney General of Texas

Jason Warner
Assistant Attorney General
State Bar No. 24028114
jason.warner@texasattorneygeneral.gov
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:(512) 463-2197
Facsimile: (512) 463-2224

\* Signed By Permission

**Counsel for Appellee U.T. Physicians**

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned counsel – in reliance upon the word count of the computer program used to prepare this document – certifies that this motion contains 359 words, excluding the words that need not be counted under Texas Rule of Appellate Procedure 9.4(i)(1).

/s/ Warren S. Huang
Warren S. Huang

## CERTIFICATE OF CONFERENCE

Counsel for Appellee has conferred with counsel for Appellants regarding the filing of this motion, and Appellants do not oppose the relief requested in this motion.

/s/ Warren S. Huang
Warren S. Huang

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Appellee's First Unopposed Motion for Extension of Time to File Motion for Panel Rehearing and Motion for En Banc Reconsideration was served pursuant to Texas Rule of Appellate Procedure 9.5 through the electronic filing manager and/or by electronic mail on July 9, 2015, upon the following:

Mr. Joseph M. Gourrier
THE GOURRIER LAW FIRM
530 Lovett Boulevard, Suite B
Houston, Texas 77006
joseph@gourrierlaw.com
(Counsel for Appellants)

/s/ Warren S. Huang
Warren S. Huang
